UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES KEIVOM,<br><br>           Plaintiff,<br><br>   v.<br><br>THE BLUNTNESS, INC.,<br><br>           Defendant. | Case No.: 1:25-cv-00553-AKH |

## [~~PROPOSED~~] DEFAULT JUDGMENT

Upon consideration of the motion for default judgment filed by the plaintiff, James Keivom ("*Plaintiff*") under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of Plaintiff's counsel Jaymie Sabilia-Heffert, Esq., and the exhibits attached thereto, the declaration of James Keivom, and exhibits attached thereto, the Memorandum of Law, the Statement of Damages, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against the defendant The Bluntness, Inc. ("*Defendant*");

2. Defendant is to pay the sum of $15,000.00 in statutory damages pursuant to 17 U.S.C. § 504(c) for direct copyright infringement;

3. Defendant is to pay $3,645.00 in attorneys' fees and $465.00 costs pursuant to 17 U.S.C. § 505;

4. Defendant is to pay post-judgment interest pursuant to 28 U.S.C.A. § 1961;

5. The Court retains jurisdiction over any matter pertaining to this judgment

So Ordered
7-14-25
*[signature]*